

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
12/12/2019

| | | |
|---|---|---|
| IN RE: | § | |
| **OFFSHORE SPECIALTY FABRICATORS,** | § | **CASE NO: 17-35623** |
| **LLC; fka OFFSHORE SPECIALTY** | § | |
| **FABRICATORES, INC.** | § | |
| Debtor(s) | § | |
| | § | **CHAPTER  11** |
| | § | |
| **DAVID  WEINHOFFER** | § | |
| Plaintiff(s) | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 19-03622** |
| | § | |
| **BILLMAN OIL AND GAS** | § | |
| **MANAGEMENT LLC** | § | |
| Defendant(s) | § | |

<u>**COMPREHENSIVE SCHEDULING, PRE-TRIAL AND TRIAL ORDER**</u>

A pretrial conference was held on <u>**December 12, 2019.**</u>  The parties submitted a Rule 26 Report:

A. _____ which is attached and is accepted by the Court except as modified by this order; or

B. ___X___ which is filed at Docket No. **9** and is accepted by the Court except as modified by this order.

Under authority of Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby ORDERED that the following deadlines and settings shall apply in the above referenced adversary:

1. The deadline to join additional parties is <u>**January 16, 2020.**</u>

2. All discovery in this case must be completed on or before <u>**December 11, 2020.**</u>

3. The party with the burden of proof on an issue must serve its expert reports no later than <u>**June 30, 2020.**</u>  Rebuttal expert reports must be served no later than <u>**July 15, 2020.**</u>

4. The deadline to amend pleadings is <u>**February 13, 2020.**</u>

5. Dispositive motions may not be filed after <u>**September 1, 2020.**</u>  Any responses to dispositive motions must be filed within 21 days after a dispositive motion is filed.

6. Witness and Exhibit Lists must be exchanged at least 2 working days prior to the

face to face meeting required in the following paragraph.  Copies of the exhibits shall be attached to the Exhibit List.

7.      Counsel must meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order. This face to face meeting must occur prior to **January 15, 2021.**  The court intends that this will be a substantive, good faith effort to resolve issues.  Therefore trial counsel (lead counsel) are required to attend this meeting in person.  Counsel who are not present at this meeting may not be permitted to participate in the trial.

8.      The parties must jointly prepare and file a proposed form of pretrial order not later than **February 2, 2021.**  The proposed form of order must be signed by counsel for both parties and must be in the form set forth as Appendix C on the Court's website.

9.      Copies of exhibits must be attached to the pretrial order.  Relevant portions of lengthy exhibits must be highlighted.  Counsel must also attach succinct memoranda on disputed issues of law.

10.     The Pre-Trial Conference will be held on **February 16, 2021 at 9:00 a.m.** Attendance by all parties is required, either in proper person (if not represented by counsel) or by an attorney who has authority to bind the party.  Each party <u>must</u> have a representative present with full settlement authority.

11.     Trial of this adversary proceeding will commence on **March 1, 2021 at 9:00 a.m.** It is estimated that trial can be completed in __4__ hours of trial time.

It is further ordered that changes to this Scheduling Order may only be made by further order of this Court.  A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or parties and only in very limited circumstances.

SIGNED **December 12, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE